**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **JAMES R. WHEAT JR.** | ) | **CASE NO. 15-14186 JDL** |
| | ) | **CHAPTER 13** |
| **DEBTOR** | ) | |

**AMENDED CHAPTER 13 PLAN**

COMES NOW Debtor and submits his Amended Chapter 13 Plan.

Respectfully submitted:

S/ MIKE ROSE
MICHAEL J ROSE PC
Michael J. Rose, OBA#15523
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
(405) 605-3757 telephone
(405) 605-3758 facsimile
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)

**CERTIFICATE OF SERVICE**

Undersigned certifies that on 2-15-16, the foregoing Amended Chapter 13 Plan was served, via United States Mail, 1st Class postage pre-paid, and properly addressed to the following:

**All creditors on the attached mailing matrix**

s/ MIKE ROSE
Mike Rose

**1**

## United States Bankruptcy Court
### Western District of Oklahoma

In re   **James Reginald Wheat, Jr.**                                          Case No.  **15-14186**

Debtor(s)                                                                       Chapter   **13**

## CHAPTER 13 PLAN

1. <u>Payments to the Trustee:</u> The future earnings or other future income of the Debtor is submitted to the supervision and control of the trustee. The Debtor (or the Debtor's employer) shall pay to the trustee the sum of **$250 for four months and then 375.00** per month for **56** months.

2. <u>Plan Length:</u> This plan is estimated to be for **60** months.

3. Allowed claims against the Debtor shall be paid in accordance with the provisions of the Bankruptcy Code and this Plan.

   a. Secured creditors shall retain their mortgage, lien or security interest in collateral until the earlier of (a) the payment of the underlying debt determined under nonbankruptcy law, or (b) discharge under 11 U.S.C. § 1328.

   b. Creditors who have co-signers, co-makers, or guarantors ("Co-Obligors") from whom they are enjoined from collection under 11 U.S.C. § 1301, and which are separately classified and shall file their claims, including all of the contractual interest which is due or will become due during the consummation of the Plan, and payment of the amount specified in the proof of claim to the creditor shall constitute full payment of the debt as to the Debtor and any Co-Obligor.

   c. All priority creditors under 11 U.S.C. § 507 shall be paid in full in deferred cash payments.

4. From the payments received under the plan, the trustee shall make disbursements as follows:

   a. Administrative Expenses
      (1) Trustee's Fee:   **10.00%**
      (2) Attorney's Fee (unpaid portion):   **$3,400.00 to be paid through plan in monthly payments**
      (3) Filing Fee (unpaid portion):   **NONE**

   b. Priority Claims under 11 U.S.C. § 507

| Name | Amount of Claim | Interest Rate (If specified) |
|---|---|---|
| **Internal Revenue Service** | **5,700.00** | **0.00%** |
| **Oklahoma Tax Commission** | **1,262.00** | **0.00%** |

   c. Secured Claims

      (1) Pre-Confirmation Adequate Protection Payments shall be made pursuant to the Court's Local Chapter 13 Guidelines

| Name | Proposed Amount of Allowed Secured Claim | Minimum Monthly Adequate Protection Payment | Interest Rate (If specified) |
|---|---|---|---|
| **Tinker Fcu** | **8,452.00** | **150.00** | **6.00%** |

   d. Unsecured Claims

      General Nonpriority Unsecured: Other unsecured debts shall be paid **0** cents on the dollar and paid pro rata, with no interest if the creditor has no Co-obligors, provided that where the amount or balance of any unsecured claim is less than $10.00 it may be paid in full.

5.   Property to Be Surrendered to Secured Creditor

| Name | Amount of Claim | Description of Property |
|---|---|---|
| **Conns Credit Corp** | **736.00** | **i-pad** |
| **Loancare Servicing Ctr** | **174,160.00** | **3216 Raintree Rd** |
| | | **Oklahoma City, Ok 73120** |

**Quail Creek Sec 21 Block 034 Lot 019
Section 13 Township 13N Range 4W Qtr NE**

Date  **February 15, 2016**                Signature   /s/ James Reginald Wheat, Jr.
                                            **James Reginald Wheat, Jr.**
                                            Debtor

S/ MIKE ROSE
Michael J Rose, OBA No. 15523
MICHAEL J ROSE PC
4101 Perimeter Center Drive, Suite 120
Oklahoma City, OK 73112
405 605 3757 p
405 605 3758 f
mrose@coxinet.net
ATTORNEY FOR DEBTOR(S)

Label Matrix for local noticing
1087-5
Case 15-14186
Western District of Oklahoma
Oklahoma City
Mon Feb 15 10:31:05 CST 2016

USBC Western District of Oklahoma
215 Dean A. McGee
Oklahoma City, OK 73102-3426

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

American InfoSource LP as agent for
Verizon
PO Box 248838
Oklahoma City, OK  73124-8838

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Conns Appliances Inc. as Attorney-in-Fact an
P.O. Box 2358
Beaumont, TX 77704-2358

Conns Credit Corp
Attention: Bankruptcy Dept
Po Box 2358
Beaumont TX 77704-2358

Credit Collections Inc/AMR
Po Box 60607
Oklahoma City OK 73146-0607

Credit Servi
Pob 60566
Oklahoma City OK 73146-0566

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville FL 32256-0596

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville FL 32256-7412

Hcc Surety
601 S Figueroa St Ste 16
Los Angeles CA 90017-5721

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Key Health Institute Edmond
POB 108835
Oklahoma City OK 73101-8835

Loancare Servicing Ctr
Interstate Corporate Center
Norfolk VA 23502

Lucy Garth
3117 Wilshire Terr
Oklahoma City OK 73116-3021

Midland Credit Management, Inc. as agent for
MIDLAND FUNDING LLC
PO Box 2011
Warren, MI 48090-2011

Midland Funding
2365 Northside Dri
San Diego CA 92108-2709

Northland Group Inc
PO Box 390846
Minneapolis MN 55439-0846

Northland Group Inc
PO Box 390905
Minneapolis MN 55439-0905

OKLAHOMA TAX COMMISSION
General Counsel's Office
100 N. Broadway Ave., Ste 1500
Oklahoma City, OK 73102-8601

Oklahoma Tax Commission
Attn: Bankruptcy Division
120 N Robinson Ste 2000
Oklahoma City OK 73102-7471

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quail Creek Bank
12201 N May Ave
Oklahoma City OK 73120-6800

Rausch, Sturm, Israel, Emerson & Hornik
250 N Sunnyslope Road
Ste 300
Brookfield WI 53005-4800

Tinker Fcu
4140 West I 40
Oklahoma City OK 73108

Tinker Fcu
Po Box 45750
Tinker AFB OK 73145-0750

Toyota Motor Credit Corporation
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

U S Emp Oc Fcu
4301 S Interstate 44 Service Rd
Oklahoma City OK 73119-3005

U.S. Trustee
United States Trustee
215 Dean A. McGee Ave., 4th Floor
Oklahoma City, OK 73102-3444

US EMPLOYEES OC FEDERAL CREDIT UNION
P.O. BOX 44000
OKLAHOMA CITY, OK 73144-1000

United Recovery Systems, LP
PO Box 722929
Houston TX 77272-2929


Verizon Wirless Bankruptcy Adm
500 Technology Dr
Ste 550
Saint Charles MO 63304-2225

James Reginald Wheat Jr.
3216 Raintree Rd
Oklahoma City, OK 73120-1836

John T. Hardeman
PO Box 1948
Oklahoma City, OK 73101-1948


Mike J. Rose
4101 Perimeter Center Drive
Suite 120
Oklahoma City, OK 73112-2309


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Internal Revenue Service
PO Box 745
District Director
Chicago IL 60690

Portfolio Recovery
Attn: Bankruptcy
Po Box 41067
Norfolk VA 23541

(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541


End of Label Matrix
Mailable recipients    36
Bypassed recipients     0
Total                  36